1  **WO**

7        IN THE UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF ARIZONA

```
CENTRAL TRANSPORT INTERNATIONAL, )
INC., a Michigan corporation,    )
                                 )
          Plaintiff,             )   No. CIV 06-122 PHX RCB
                                 )
     vs.                         )        O R D E R
                                 )
PHOENIX REMANUFACTURED           )
TRANSMISSIONS, LLC, an Arizona   )
limited liability company,       )
                                 )
          Defendant.             )
_____)
```

     The parties have advised the Court that a settlement in this matter has been reached, and have inquired of the Court whether they may currently file their notice of settlement prior to and in anticipation of filing an appropriate stipulation to dismiss the matter with prejudice within 18 (eighteen) months of such notice. The proposal is acceptable to the Court provided that the appropriate stipulation to dismiss this matter with prejudice is filed no later than November 24, 2008.

     **IT IS THEREFORE ORDERED** directing the parties, should they file a notice of settlement that does not stipulate to the

dismissal of this matter, to file their stipulation to dismiss this matter with prejudice on or before November 24, 2008.

DATED this 29th day of May, 2007.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record